# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COURTNEY ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-2007** |
| **STATE OF LOUISIANA** | **SECTION "B"(3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Courtney Robinson is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 21st day of May, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE